AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barksdale, Patricia D. | United States District Court, Middle District of Florida | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 5-311
Jacksonville, Florida 32202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member; Immediate Past President of the Board | Chester Bedell American Inn of Court (non-profit entity) |
| 2. | Member, Strategic Planning Committee | St. Matthew's Catholic Church (church organization) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Bedell, Dittmar, DeVault, Pillans & Coxe, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Organization of Social Security Claimants | 9/13/19 to 9/14/19 | New Orleans, LA | Presenter at conference | Airfare, airport parking, transporation to/from airport, and lodging for one night |
| 2. | Bolch Judicial Institute, Duke Law School | 6/19/19 to 6/20/19 | Washington, D.C. | Participant at conference | Airfare, transportation to/from airport, food, and lodging for one night |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barksdale, Patricia D.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch Wealth Management | Credit Card | J |
| 2. Episcopal School of Jacksonville | Tuition Agreement | K |
| 3. Riverside Presbyterian Day School | Tuition Agreement | J |
| 4. Dartmouth College | Tuition Agreement | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barksdale, Patricia D.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2.   -Bank of America, NA (RASP) | A | Interest | J | T | | | | | |
| 3.   -American Amcap Fund (AMPCX) | A | Dividend | J | T | | | | | |
| 4.   -American Washington Mutual Invest. (WSHCX) | A | Dividend | | | Sold | 07/22/19 | J | | |
| 5.   -American Growth Fund of America (GFACX) | A | Dividend | | | Sold | 11/06/19 | K | | |
| 6.   -American Capital (CWGCX) | A | Dividend | K | T | | | | | |
| 7.   -American Captital World (CWGFX) | A | Dividend | J | T | | | | | |
| 8.   -Blackrock High Yield Muncipal Fund (MDYHX) | A | Dividend | J | T | | | | | |
| 9.   -Blackrock Equity Dividend Fund A (MDDVX) | A | Dividend | K | T | | | | | |
| 10.   -Delaware Value Fund C (DDVCX) | A | Dividend | K | T | | | | | |
| 11.   -JP Morgan Large Cap Growth Fund (OLGCX) | A | Dividend | L | T | Sold (part) | 11/06/19 | K | | |
| 12.   -Loomis Sayles Growth Fund C (LGRCX) | | | K | T | Sold (part) | 11/05/19 | J | | |
| 13.   -Putnam Equity Income (PEQCX) | A | Dividend | J | T | | | | | |
| 14.   BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 15.   -Bank of America, NA RASP | A | Interest | J | T | | | | | |
| 16.   -Blackrock Liquidity Fund (TSTXX) | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 17. | | | | | Sold (part) | 11/06/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Comm Services Select (XLC) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 19. | | | | | Buy | 12/12/19 | J | | |
| 20.  -Consumer Discretionary (XLY) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 21.  -First Trust Dow Jones (FDN) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 22.  -Health Care Select SPDR (XLV) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 23.  -Ishares Nasdaq Biotech (IBB) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 24.  -Sector SPDR Utilities (XLU) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 25.  -SDPR S&P Insurance ETF (KIE) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 26.  -SDPR US Financial Sector (XLF) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 27.  -Vanguard Consumer (VDC) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 28.  -Vanguard Materials ETF (VAW) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 29.  -Vanguard Information (VGT) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 30.  -Vanguard Industrial ETF (VIS) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 31.  Real Estate Select (XLRE) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 32. | | | | | Sold (part) | 12/12/19 | J | A | |
| 33. | | | | | Sold (part) | 12/12/19 | J | | |
| 34.  -Vanguard Short-Term Corporate Bond (VCSH) | A | Dividend | J | T | Buy | 01/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barksdale, Patricia D.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/07/19 | J | A | |
| 36. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 37.  -Vanguard Intermediate-Term Corporate Bond (VCIT) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 38. | | | | | Sold (part) | 11/07/19 | J | A | |
| 39.  -Xtrackers USD High Yield Corporate Bond ETF (HYLB) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 40. | | | | | Sold (part) | 11/07/19 | J | A | |
| 41.  -Ishares IBOXX $ Invt Grade Corp Bd (LQD) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 42. | | | | | Sold (part) | 06/17/19 | J | A | |
| 43. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 44. | | | | | Sold (part) | 01/18/19 | J | A | |
| 45.  -Ishares TIPS Bond ETF (TIP) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 46. | | | | | Sold (part) | 01/18/19 | J | A | |
| 47.  -Ishares 3-7 Year Treasury Bond ETF (IEI) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 48. | | | | | Sold (part) | 01/18/19 | J | A | |
| 49.  -Ishares MBS ETF (MBB) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 50. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 51. | | | | | Sold (part) | 01/18/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barksdale, Patricia D.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Ishares IBOXX$ High Yield Corp Bd (HYG) | A | Dividend | J | T | Buy (add'l) | 11/07/19 | J | | |
| 53. | | | | | Sold (part) | 01/18/19 | J | A | |
| 54. -Ishares INC Core MSCI Emerging Mkt. (IEMG) | A | Dividend | J | T | Buy (add'l) | 11/07/19 | J | | |
| 55. | | | | | Sold (part) | 06/17/19 | J | A | |
| 56. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 57. -Ishares TR Core MSCI EAF (IEFA) | A | Dividend | J | T | Buy (add'l) | 11/07/19 | J | | |
| 58. | | | | | Sold (part) | 06/17/19 | J | A | |
| 59. | | | | | Sold (part) | 01/18/19 | J | A | |
| 60. -Invesco Emerging Mark Sov. Debt (PCY) see add'l info re name change | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 61. | | | | | Sold (part) | 03/22/19 | J | A | |
| 62. | | | | | Sold (part) | 01/18/19 | J | A | |
| 63. -Invesco Preferred ETF (PGX) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 64. -Vaneck Vectors J.P. (EMLC) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 65. -Vanguard Small Cap Value ETF (VBR) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 66. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 67. -Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 68. | | | | | Buy (add'l) | 01/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barksdale, Patricia D.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69.    -Vanguard Value ETF (VTV) | A | Dividend | K | T | Sold (part) | 11/07/19 | J | D | |
| 70. | | | | | Sold (part) | 06/17/19 | J | A | |
| 71. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 72.    -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | C | |
| 73. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 74. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 75.    -Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 76. | | | | | Sold (part) | 01/18/19 | J | A | |
| 77.    -Vanguard Short Term Bond (BSV) | A | Dividend | | | Sold | 01/16/19 | J | A | |
| 78.    BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 79.    -Bank of America, NA RASP | A | Interest | K | T | | | | | |
| 80.    -American New World Fund (NFFX) | A | Dividend | | | Sold | 11/14/19 | J | A | |
| 81. | | | | | Sold (part) | 11/06/19 | J | A | |
| 82. | | | | | Sold (part) | 06/20/19 | J | C | |
| 83. | | | | | Sold (part) | 04/23/19 | J | A | |
| 84. | | | | | Sold (part) | 01/18/19 | J | A | |
| 85. | | | | | Buy (add'l) | 01/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Doubleline Low Duration (DBLSX) | A | Dividend | | | Sold | 11/14/19 | J | A | |
| 87. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 88. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 89. | | | | | Sold (part) | 01/07/19 | J | A | |
| 90. | | | | | Sold (part) | 01/18/19 | J | A | |
| 91. -Eaton Vance Atlanta Capital SMID CAP (EISMX) | A | Dividend | | | Sold | 11/14/19 | J | A | |
| 92. | | | | | Sold (part) | 06/20/19 | J | A | |
| 93. | | | | | Sold (part) | 04/23/19 | J | A | |
| 94. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 95. | | | | | Sold (part) | 01/18/19 | J | A | |
| 96. -Harding Loevner Intl. (HLMIX) | A | Dividend | | | Sold | 11/14/19 | J | A | |
| 97. | | | | | Sold (part) | 11/06/19 | J | A | |
| 98. | | | | | Sold (part) | 06/20/19 | J | A | |
| 99. | | | | | Sold (part) | 04/23/19 | J | A | |
| 100. | | | | | Sold (part) | 01/18/19 | J | A | |
| 101. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 102. -John Hancock Disciplined Value Mid CAP CL C (JVMX) | A | Dividend | | | Sold | 11/14/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold (part) | 11/06/19 | J | A | |
| 104. | | | | | Sold (part) | 04/23/19 | J | A | |
| 105. | | | | | Sold (part) | 01/18/19 | J | A | |
| 106. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 107.  -JP Morgan Core Bond Fund (WOBDX) | A | Dividend | | | Sold | 08/06/19 | J | A | |
| 108. | | | | | Sold (part) | 06/20/19 | J | A | |
| 109. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 110. | | | | | Sold (part) | 01/18/19 | J | A | |
| 111. | | | | | Sold (part) | 01/07/19 | J | A | |
| 112.  -Loomis Sayles Growth (LSGRX) | A | Dividend | | | Sold | 11/14/19 | J | D | |
| 113. | | | | | Buy | 11/06/19 | J | | |
| 114. | | | | | Sold (part) | 08/06/19 | J | A | |
| 115. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 116. | | | | | Sold (part) | 04/23/19 | J | A | |
| 117. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 118. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 119.  -Loomis Sayles Bond FD (LSBOX) | A | Dividend | | | Sold | 11/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 121. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 122. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 123. | | | | | Sold (part) | 01/07/19 | J | A | |
| 124. | | | | | Sold (part) | 01/18/19 | J | A | |
| 125. -Metropolitan West Total Return Bond FD FL I (MWTIX) | A | Dividend | | | Sold | 12/23/19 | J | A | |
| 126. | | | | | Sold (part) | 11/14/19 | J | A | |
| 127. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 128. | | | | | Sold (part) | 06/20/19 | J | A | |
| 129. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 130. | | | | | Sold (part) | 01/18/19 | J | A | |
| 131. | | | | | Sold (part) | 01/07/19 | J | A | |
| 132. -The Oakmark Int'l Fund (OAYIX) | A | Dividend | | | Sold | 11/14/19 | J | A | |
| 133. | | | | | Sold (part) | 11/08/19 | J | A | |
| 134. | | | | | Sold (part) | 06/20/19 | J | A | |
| 135. | | | | | Sold (part) | 01/18/19 | J | A | |
| 136. | | | | | Buy (add'l) | 01/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barksdale, Patricia D.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -Western Asset Core Bond FD CL I (WATFX) | A | Dividend | | | Sold | 11/14/19 | K | B | |
| 138. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 139. | | | | | Sold (part) | 06/20/19 | J | A | |
| 140. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 141. | | | | | Sold (part) | 01/18/19 | J | A | |
| 142. | | | | | Sold (part) | 01/07/19 | J | A | |
| 143.  -Loomis Large Cap Growth FD | B | Dividend | | | Sold | 11/15/19 | K | B | |
| 144.  -Delaware Capital Large Cap Value Fund | B | Dividend | | | Sold | 11/15/19 | K | B | |
| 145. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 146.  BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 147.  -ML Bank Deposit Program | A | Interest | J | T | | | | | |
| 148.  -Blackrock Liquidity Fund (TSTXX) | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 149. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 150.  -Ishares IBOXX $ Invt Grade Corp Bd (LQD) | A | Dividend | | | Sold | 01/16/19 | J | A | |
| 151.  -Ishares Inc Core MSCI (IEMG) | A | Dividend | J | T | Buy (add'l) | 11/12/19 | J | | |
| 152. | | | | | Sold (part) | 06/17/19 | J | A | |
| 153. | | | | | Buy (add'l) | 01/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -Ishares MBS ETF (MBB) | A | Dividend | | | Sold | 01/18/19 | J | A | |
| 155. -Ishares Tips (TIP) | A | Dividend | | | Sold | 01/18/19 | J | A | |
| 156. -Ishares 3-7 Year (IEI) | A | Dividend | | | Sold | 01/18/19 | J | A | |
| 157. -Ishares TR Core MSCI EAF (IEFA) | A | Dividend | K | T | | | | | |
| 158. -Invesco Emerging Markets Sov. (PCY) | A | Dividend | J | T | Buy<br>(add'l) | 11/12/19 | J | | |
| 159. | | | | | Sold<br>(part) | 01/18/19 | J | A | |
| 160. -Invesco National Amt (PZA) | A | Dividend | J | T | Buy<br>(add'l) | 11/12/19 | J | | |
| 161. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 162. | | | | | Sold<br>(part) | 01/18/19 | J | | |
| 163. -SPDR Nuveen Blmbrg (SHM) | A | Dividend | K | T | Buy<br>(add'l) | 11/12/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 01/18/19 | J | | |
| 166. -Vaneck Vectors AMT Free (ITM) | A | Dividend | K | T | Buy<br>(add'l) | 11/12/19 | J | | |
| 167. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 01/18/19 | J | | |
| 169. -Vaneck Vectors HIGH (HYD) | A | Dividend | J | T | Buy<br>(add'l) | 11/12/19 | J | | |
| 170. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 01/16/19 | J | | |
| 172.  -Vanguard Growth ETF (VUG) | A | Dividend | K | T | Buy (add'l) | 11/12/19 | J | | |
| 173. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 174. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 175.  -Vanguard Total Internatl Bond ETF (BNDX) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 176. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 177. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 178. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 179.  -Xtrackers USD High Yield | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 180. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 181. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 182. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 183.  -Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | | | Sold | 01/16/19 | J | A | |
| 184.  -Vanguard Short Term Bond (BSV) | A | Dividend | | | Sold | 01/16/19 | J | A | |
| 185.  -Vanguard Small Cap Growth ETF (VBR) | A | Dividend | J | T | Buy (add'l) | 11/12/19 | J | | |
| 186. | | | | | Sold (part) | 06/17/19 | J | | |
| 187. | | | | | Buy (add'l) | 01/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Vanguard Small Cap Value (VBR) | A | Dividend | J | T | Buy (add'l) | 11/12/19 | J | | |
| 189. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 190.  -Vanguard Value ETF (VUG) | A | Dividend | K | T | Buy (add'l) | 11/12/19 | J | | |
| 191. | | | | | Sold (part) | 06/17/19 | J | A | |
| 192. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 193.  COLLEGE 529 PLAN #1 (H) | | | | | | | | | |
| 194.  -Blackrock Age 14 to 16 YRS C | | | | | Sold | 09/24/19 | J | | |
| 195.  -Blackrock Age 14 to 16 YRS A | | | | | Sold | 09/24/19 | K | | |
| 196.  -MFS Age 14 to 15 YRS C | | | | | Sold | 09/24/19 | J | | |
| 197.  -MFS Age 14 to 15 YRS A | | | | | Sold | 09/24/19 | K | | |
| 198.  -Blackrock Age 17 YRS A | | | K | T | Buy | 09/24/19 | K | | |
| 199.  -Blackrock Age 17 YRS C | | | J | T | Buy | 09/24/19 | J | | |
| 200.  -MFS Age 17 YRS A | | | K | T | Buy | 09/24/19 | K | | |
| 201.  -MFS Age 17 YRS C | | | J | T | Buy | 09/24/19 | J | | |
| 202.  COLLEGE 529 PLAN #2 (H) | | | | | | | | | |
| 203.  -Blackrock Age 17 to 19 YRS A | | | | | Sold | 10/29/19 | K | | |
| 204. | | | | | Sold (part) | 08/22/19 | J | | |

1 Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Blackrock Age 17 to 19 YRS C | | | | | Sold | 10/29/19 | J | | |
| 206. | | | | | Sold (part) | 08/22/19 | J | | |
| 207.  -Blackrock Age 19+ YRS A | | | K | T | Buy | 10/29/19 | K | | |
| 208.  -Blackrock Age 19+ YRS C | | | J | T | Buy | 10/29/19 | J | | |
| 209.  -MFS Age 18+ YRS C | | | J | T | Sold (part) | 08/22/19 | J | | |
| 210.  -MFS Age 18+ YRS A | | | K | T | Sold (part) | 08/22/19 | J | | |
| 211.  Merrill Lynch Account | A | Interest | J | T | | | | | |
| 212.  TD Bank HSA | A | Interest | J | T | | | | | |
| 213.  MVP Plan Administrators 50/50 Moderate Portfollio (Bedell, Dittmar, De | A | Dividend | O | T | | | | | |
| 214.  Florida Prepaid College Plan | | None | K | T | | | | | |
| 215.  East Adams Holdings LLC, Jacksonville, Duval County, Florida | B | Rent | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Lines 193 to 210 concern college 529 plans. Because the ages of the ▮▮▮▮ beneficiaries have changed, the 529 plans changed. As age-based portfolios, the funds are automatically changed.

Line 213, is the "MVP Plan Administrators 50/50 Moderate Portfollio (Bedell, Dittmar, DeVault, Pillans & Coxe PA EEs 401k PSP&T." Under this plan, a participant may select low risk, medium risk, or high risk portfolios. Or, the participant may select one of three specific mutual funds. Or, the participant may select a combination (risk-based and mutual fund). We have selected the medium-risk portfolio.

Line 7 (current report) lists American Capital World (CWGFX). This is not listed in my 2018 financial disclosures. This is the exact same fund as American Capital (CWGCX). The symbol was changed because the internal fee structure was changed (reduction). The symbol was changed to reflect the change.

Lines 41 and 150 (current report) provides the symbol as LQD, not LOD. Previous reports used the symbol "LOD" instead of "LQD," mistaking the "Q" for an "O." The name and fund are the same.

Line 215 is a new real estate partnership owned by a ▮▮▮▮ member.

Brokerage Account #3 was IRA rolled over into federal government 401k.

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia D. Barksdale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544